IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-42-FL-2

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| DEXZIUS ZSAVIERE HUNTER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's March 5, 2020, correspondence addressed to the court, (DE 57), wherein defendant requests that the court "inform" him whether recent case law addressing the constitutionality of 18 U.S.C. § 924(c)(3)(B) applies to his case. The court is without jurisdiction to provide legal advice to defendant. Defendant is encouraged to discuss this issue with his attorney or the Federal Public Defender's Office for the Eastern District of North Carolina. To the extent the correspondence seeks legal advice, the request is DENIED.

SO ORDERED, this the 15th day of April, 2020.

LOUISE W. FLANAGAN
United States District Judge